FEBRUARY TERM, 1883.    727

O'Brien *vs.* The Board of Commissioners of Warren County; etc.

about to be sold, no permission having been asked of the court to institute the proceedings, the injunction was properly refused. Code, §276; 57 *Ga.*, 22 and citations; 60 *Ga.*, 680.

March 20, 1883.

HALL, Justice.

---

O'BRIEN *vs.* BOARD OF COMMISSIONERS OF WARREN COUNTY.

[This case was argued at the last term, and the decision reserved.]

The questions in this case are fully determined by the decision in *Wiggins vs. Varner*, 67 *Ga*, 583.

February 13. 1883

HALL, Justice.

---

HUTCHINS *vs.* THE STATE OF GEORGIA.

1. The verdict is sustained by the evidence.
2. Newly discovered evidence which is merely cumulative will not require a new trial.
   Judgment affirmed.

May 1, 1883.

CRAWFORD, Justice.

---

PARKER *vs.* DORSETT, guardian.

In a suit for $500 the jury found for the plaintiff $1.00 and costs. Both sides made separate motions for a new trial; that of the plaintiff was granted; that of the defendant was refused. He excepted and assigned error on both rulings:

*Held*, that the case is prematurely here. Where a new trial was granted, this court will not review the decision of the court below, because he did not grant it on grounds which counsel for one side deemed important.

Writ of error dismissed.

March 29, 1883.